PD-0882-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/15/2015 2:46:35 PM
Accepted 7/17/2015 1:44:38 PM
ABEL ACOSTA
CLERK

NO.  06-14-00147-CR

| | | |
|---|---|---|
| **ASIM SHAKUR RAHIM** | § | **IN THE COURT OF** |
| | § | |
| **VS.** | § | **CRIMINAL APPEALS** |
| | § | |
| **STATE OF TEXAS** | § | **OF TEXAS** |

## MOTION TO EXTEND TIME TO
## FILE PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE JUDGES OF SAID COURT:**

Now comes Asim Shakur Rahim, Appellant in the above styled and numbered cause, and moves for an extension of time of 30 days to file a petition for discretionary review, and for good cause shows the following:

1.     On May 22, 2015, the Court of Appeals affirmed appellant's conviction.  <u>Asim Shakur Rahim v. State</u>, 06-14-00147-CR.  His petition was therefore due on June 22, 2015.

2.     Counsel was unable to serve a copy of the opinion of the Court of Appeals on appellant until July 14, 2015.  Appellant's last known address was a post office box that had been closed.  A forwarding address could not be found. A copy of the returned envelope is attached as Exhibit "A".  Counsel has made contact with Appellant and delivered a copy of the Court's opinion to him.

3.   Counsel does not intend to file a petition for discretionary review on Appellant's behalf.  However, in the interest of justice, counsel requests this

extension so that appellant may have sufficient time to file a pro se petition should he choose to do so.

4.    Defendant is not currently incarcerated.

**WHEREFORE, PREMISES CONSIDERED**, appellant respectfully requests an extension of 30 days, i.e. until August 15, 2015, to allow appellant to file a petition for discretionary review.

Respectfully submitted,

McLaughlin, Hutchison & Biard, LLP
38 1st NW
Paris, TX 75460
Tel: (903) 785-1606
Fax: (903) 785-7580


By:_____
    Don Biard
    State Bar No. 24047755
    Attorney for Asim Shakur Rahim

## CERTIFICATE OF SERVICE

This is to certify that on July 15, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Lamar County, 100 N. Main Street, Paris, Texas 75460, via email.

_____
Don Biard

EXHIBIT A

CERTIFIED MAIL™

7012 3460 0001 3153 4323

McLaughlin, Hutchison & Biard, LLP
38 First Street Northwest
Paris, Texas 75460

Asim Shakur Rahim
P.O. Box 1587
Paris, Texas 75461

RAHI587
NOTIFY
RAHIM'
729 SE
PARIS

RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

UNITED STATES POSTAGE
PITNEY BOWES
$ 007.40°
MAY 26 2015
MAILED FROM ZIP CODE 75460
0000844902
02 1P

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Asim Shabir Rahim
P.O. Box 1587
Pario TX 75461

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:            ☐ No

3. Service Type
☑ Certified Mail®        ☐ Priority Mail Express™
☐ Registered             ☑ Return Receipt for Merchandise
☐ Insured Mail           ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)    ☐ Yes

7012 3460 0001 3153 4323

PS Form 3811, July 2013          Domestic Return Receipt